No. 950, Misc.  COLEMAN *v.* CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 956, Misc.  SAYLOR *v.* ALABAMA.  Ct. App. Ala. Certiorari denied.  Petitioner *pro se. Richmond M. Flowers,* Attorney General of Alabama, and *Paul T. Gish, Jr.,* Assistant Attorney General, for respondent.

No. 962, Misc.  GURGANIOUS *v.* FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 982, Misc.  SCOTT *v.* LA VINA.  Sup. Ct. Cal. Certiorari denied.

No. 983, Misc.  WILLIAMS *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.  Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 991, Misc.  FREEDMAN *v.* NATIONAL MARITIME UNION OF AMERICA, AFL–CIO, ET AL.  C. A. 2d Cir. Certiorari denied.  Petitioner *pro se. Abraham E. Freedman* for National Maritime Union of America, AFL–CIO, and *Alfred Giardino* for American Export Isbrandtsen Lines, Inc., respondents.

No. 993, Misc.  TURPIN *v.* MAXWELL, WARDEN.  Sup. Ct. Ohio.  Certiorari denied.

No. 996, Misc.  LEACH *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.  Petitioner *pro se. Solicitor General Marshall* for the United States.